**Angel Guido PAUCARIMA–CERON, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–76774.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 21, 2007.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**634**

Gloria Lopez, Law Office of Gloria Lopez, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Wendy J. Miller, Esq., U.S. Dept. of Justice, Environment & Natural Resources Division, Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Angel Guido Paucarima–Ceron, a native and citizen of Peru, petitions for review of the Board of Immigration Appeals' ("BIA") order affirming the Immigration Judge's ("IJ") order denying his application for withholding of removal. As the BIA adopted the IJ's decision, we review the IJ's decision as if it were that of the BIA, under the substantial evidence standard. *See Hoque v. Ashcroft*, 367 F.3d 1190, 1194 (9th Cir.2004); *see also Lata v. INS*, 204 F.3d 1241, 1244 (9th Cir.2000). We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition.

Substantial evidence supports the IJ's determination that any mistreatment Paucarima–Ceron suffered was not on account of a protected ground. The facts in evidence do not compel the conclusion that Paucarima–Ceron was targeted by Shining Path guerrillas on account of an imputed political opinion. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992); *see also Tecun–Florian*

*v. INS*, 207 F.3d 1107, 1109–10 (9th Cir. 2000).

## PETITION DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

